UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
Monica Lynn Joshua
Debtor

Case No: 15-30213-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Frego & Associates - The Bankruptcy Law Office Plc
DATE FILED: 01/28/15
CLAIMS BAR DATE: 05/25/15
CONFIRMATION DATE: 03/17/15

TRUSTEE'S OBJECTION TO CONFIRMATION

☑ First Payment has not posted  ☐ Plan is unfeasible  ☑ Payment Order has not been filed

☐ Plan does not meet Best interest test

☐ Plan does not meet Means test:  ☐ must be a 60 month  ☐ must pay $ _____ to unsecured or affidavit required.

☐ DSO Certificate will be required at Confirmation  ☐ Increase dividend to unsecured creditors to at least 10%

☐ Reconcile net income on schedule J with Plan payment

☐ Amend Plan to provide/clarify treament for

☐ Amend Plan to pay the following through Trustee's Office

☐ Amend Schedules for the following:

☐ Trustee objects to disposable income and requests verfication or amendment to the following budget items:

☐ Trustee objects to the payment of

☐ Exemptions are not

Provide the following to the Trustee by _____ :

   ☐ Tax Return  ☐ 60 days of pay stubs  ☐ titles to: vehicles _____  ☐ recorded mortgages

   ☐ business's budget  ☐ amortization schedule for

OCP to state the following:

   ☐ 100% of tax refunds  ☐ 100% to unsecured creditors

   ☐ Stay is lifted as to

   ☐ Plan payments shall increase by $ _____ in _____

Other issues: Amend SOFA for charitable contributions. Provide proof of charitable contribution. Provide Trustee with corrected copy of driver's license prior to confirmation

NATURE OF THE PLAN-The Trustee interprets the nature of the Plan to be:

☐ Percentage _____ % to unsecured or _____ months from confirmation-whichever is the greater dividend

☑ Base Plan-completed upon the Trustee receiving $ 11845.80 in addition to the receipts prior to confirmation.

   Estimated % to unsecured is _____ % in ( _____ ) months.

Confirmation recommended  ☐ Yes _____ % in _____ months  ☑ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske

Dated:  February 25, 2015

Diane

Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675   ECF@flint13.com
P-10645

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
Monica Lynn Joshua
Debtor

Case No: 15-30213-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Frego & Associates - The Bankruptcy Law Office Plc
fregolaw@aol.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Karen Newman
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com